UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**13 CV 0592**

Jerome Armour

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NYC. Police Dept., Consumer Affairs of NYC., BID Lincoln Center, Mayor of NYC. Rikel Island, Psychologist of Bellevue NYC., and 24th Precinct of NYC., Lawyer on this old case 3 years

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial:  ☒ Yes   ☐ No
*(check one)*

JAN 24 2013

I. **Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Jerome Armour
Street Address  7706 Oak La.
County, City  Phila Pa.
State & Zip Code  Cheltenham Pa 19012
Telephone Number  718 818 6201

B. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Farrell Conroy
Street Address  120 West 82 St.

*Rev. 05/2010*

County, City __New York City__
State & Zip Code __New York__
Telephone Number _____

Defendant No. 2   Name __Mike Oconnor__
Street Address __120 West 82nd ST__
County, City __New York City Manhatton__
State & Zip Code __New York__
Telephone Number _____

Defendant No. 3   Name __Nicholas Graziano__
Street Address __120 West 82 ST PBMS/F 1 Precint__
County, City __New York City Manhatton__
State & Zip Code __New York a__
Telephone Number _____

Defendant No. 4   Name __PO Connors__
Street Address __120 West 82nd ST__
County, City __Manhatton__
State & Zip Code __NYNY__
Telephone Number _____

II.   **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
☒ Federal Questions       ☒ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __1, 4, 5, 14 Amendment and Firs Artical of Constitution.__

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __NYC__
Defendant(s) state(s) of citizenship __NYC__

III.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

CLAIM INFORMATION

Misapplication of Property 165.00, Offering of False Instrument for Filling in 175.35, Robbery inJ 165.15, Scheme to defraud in the I 190.66 Tampering with a consumer product in the 1 degree

A  The First Amendment, 4, 5, 14, Amendment.
     FOIA

B  Claiment seek to recover damages for False Imprisonment Violation of Federal + State Civil Rights Law, Federal + State Constitutional Rights, illegal search and seizure, infliction of emotional distress 20th Precinct and 1st Precinct 2009 – 2012. The claimant is wholly innocent, he was subjected to baseless stop, search, seizure, assaulted and conversion of there personal property over the years False arrest, imprisonment, robbery, double Jeopardy case - seizure of Art wear, Terrouge, Waived. ect.

C  The items of damages including Punitive sustained by Jerome Armour of one hundred million (100,000,000,00) dollars. For actual damage mental, anguish, emotional distress psychological Trauma. The undersigned Therefore presents this claim for adjustment and payment and notifies you that unless the same is adjusted and paid within the time provided by law from the date of presentation to you, it is intention of undersigned to commence of action Thereon. The City of Police must prove that seizure is lawful Pilary - one who make use of republic the work of another illicit or without authority.
18 USC and 1583 Enticement into Slavery - Kidnaps or carries away - involuntary servitude.

Date January 24, 2013 NY NY

The day of January 24, 2013

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? NYC 64th Broadway and West Broadway + Prince St.

B. What date and approximate time did the events giving rise to your claim(s) occur? 12 PM on 5 PM from 2009 – 2012.

C. Facts: Kidnap, False arrest, robbery, imprisonment at Rikers Island. 55 day held one five day

[What happened to you?]

Kidnapping False arrest. 20th Precinct. and First Precinct.

[Who did what?]

Wire at one point one time 64th Bway.

[Was anyone else involved?]

me

[Who else saw what happened?]

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Pain + suffering negligent and emotional distress infliction.

## STATEMENT OF FACTS

Deny 1 amendment, freedom of expression of Millinery Art, Sculptors.

Deny 4 Amendment Police officer must have "Reason suspicion that criminal activity is taken place to interfere with you without proof of criminal activity or probable cause Police officer may not in Public + search you or your Property without your consent.

People V. Hollman 79 N.Y. 2d 181, 581 NYS 2d 619 (NY court of appeals) 1992.

Deny Right of case MILLINERY IS ART - wearable art.

Kidnapping - unlawfull seizure + removal of a Person, against his will.

Loss of Wages, Loss of Business, Loss of Residence, Loss of Van.

Conspiracy - of Judges, Lawyer, Doctor, Police, consumer affair. Bolden V. State 44 Md App 643 - 410 A.2d 1085-1091

Constitutional - is Supreme Law of This Land, and any law that conflict is not Law.

False Imprisonment - a person commit on misdemeanor with hole freedom, Liberty happyness.

Fifty Amendment not to be held to answer of crime for infamous crims. or cannot testify in court. No Due Process.

Six Amendment Rights to an Speeded Trial. People V. England 84 NY 2d, 1994

Eighth Amendment - Cruel and unusual punishment inflicted. Riker Island, Precinct of N.Y.C., 100 Centre St. Court.

Fourteenth Amendment an Bussiness License is not Necessory at the statute at large.

Pirany - Those acts of robbery and deprivation upon the high sea which if commited on land would have amounted to a felony. one who makes use of or reproduce the work of another illicitly or without authorary.

Robbery - all of Artwear over the last 25 years in N.Y.C.

5

V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. S.C. of NYC. South an District of NYC. Wont the court to let me bring evidence of that willingness art. And put police on stand in court. And all that has been involved in this case ore the last 3years. Sue for lost wages, Punitive damages over the last 20 years, False imprisonment, violation of Federal and State Civil Rights Law + constitution Rights, Ill-goi search + Seizure, Robbery and conversion of Personal property of Artwear.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of Jan , 2013.

Signature of Plaintiff  Jerome Armour

Mailing Address  7706 Oak La

Telephone Number  718 813 6201

Fax Number (if you have one) _____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this 24 day of Jan , 2013 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Jerome Armour

Inmate Number _____

Rev. 05/2010